UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOANN C. YATES, | Case No.  3:24-cv-00149-JD |
| Plaintiff, | |
| v. | **JUDICIAL REFERRAL TO DETERMINE CASE RELATION** |
| PASQUALE ROMANO, et al., | |
| Defendants. | |

The Court refers this case to the Honorable P. Casey Pitts to determine whether it is related to *Khan v. ChargePoint Holdings, Inc.*, 23-cv-06172-PCP.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  April 2, 2024

_____
JAMES DONATO
United States District Judge