Melissa A. Fortunato (SBN 319767)
fortunato@bespc.com
Marion C. Passmore (SBN 228474)
passmore@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506

*Attorneys for Plaintiffs Reony Tonneyck, Robert Hann, and Ronald Hinton and [Proposed] Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN C. YATES, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE ROMANO, REX S. JACKSON, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,<br><br>Defendants,<br><br>and<br><br>CHARGEPOINT HOLDINGS, INC.,<br><br>Nominal Defendant, | Case No. 5:24-cv-00149-EKL<br><br>Honorable Eumi K. Lee<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE RELATED DERIVATIVE ACTIONS AND APPOINT CO-LEAD COUNSEL** |

[Caption continued on next page]

| | |
|---|---|
| ANAND ROY, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,<br><br>Defendants,<br><br>and<br><br>CHARGEPOINT HOLDINGS, INC.,<br><br>Nominal Defendant, | Case No. 5:24-cv-01281-EKL |

[Caption continued on next page]

| | |
|---|---|
| REONY TONNEYCK, ROBERT HANN, and RONALD HINTON, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROXANNE BOWMAN, ELAINE L. CHAO, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, REX S. JACKSON, MARK LESCHLY, MICHAEL LINSE, PASQUALE ROMANO, EKTA SINGH-BUSHELL, G. RICHARD WAGONER, JR., and RICK WILMER,<br><br>Defendants,<br><br>and<br><br>CHARGEPOINT HOLDINGS, INC.,<br><br>Nominal Defendant, | Case No. 5:24-cv-02619-EKL |

[Caption continued on next page]

| | |
|---|---|
| JACOPO TOMASSO, derivatively on behalf of CHARGEPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE ROMANO, REX S. JACKSON, RICK WILMER, ROXANNE BOWMAN, BRUCE CHIZEN, AXEL HARRIES, JEFFREY HARRIS, SUSAN HEYSTEE, MARK LESCHLY, MICHAEL LINSE, EKTA SINGH-BUSHELL, and G. RICHARD WAGONER, JR.,<br><br>Defendants,<br><br>and<br><br>CHARGEPOINT HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 5:24-cv-03162-EKL |

WHEREAS, on January 8, 2024, plaintiff Joann C. Yates ("Yates") filed a shareholder derivative action on behalf of nominal defendant ChargePoint Holdings, Inc. ("ChargePoint" or the "Company") alleging causes of action for breach of fiduciary duty, contribution and indemnification, unjust enrichment, and waste of corporate assets against defendants Pasquale Romano, Rex S. Jackson, Rick Wilmer, Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Mark Leschly, Michael Linse, Ekta Singh-Bushell, and G. Richard Wagoner, Jr., (collectively, the "Individual Defendants," and together with the Company, "Defendants"), captioned *Yates v. Romano, et al.*, 5:24-cv-00149-EKL (the "*Yates* Action");

WHEREAS, on March 1, 2024, plaintiff Anand Roy ("Roy") filed a shareholder derivative action on behalf of nominal defendant ChargePoint in this Court alleging causes of action for violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of

fiduciary duty, contribution and indemnification, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against the Individual Defendants, captioned *Roy v. Romano, et al.*, 5:24-cv-01281-EKL (the "*Roy* Action");

WHEREAS, on May 2, 2024, plaintiffs Reony Tonneyck ("Tonneyck"), Robert Hann ("Hann"), and Ronald Hinton ("Hinton") filed a shareholder derivative action on behalf of nominal defendant ChargePoint in this Court alleging causes of action for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, contribution under Sections 10(b), 20(a), and 21D of the Exchange Act, unjust enrichment, insider trading, and waste of corporate assets against the Individual Defendants, captioned *Tonneyck, et al. v. ChargePoint Holdings, Inc., et al.*, 5:24-cv-02619-EKL (the "*Tonneyck* Action");

WHEREAS, on May 24, 2024, plaintiff Jacopo Tomasso ("Tomasso" and together with Yates, Roy, Tonneyck, Hann, and Hinton, "Plaintiffs")[1] filed a shareholder derivative action on behalf of nominal defendant ChargePoint in this Court alleging causes of action for violations of Sections 10(b) and 20(a) of the Exchange Act, breach of fiduciary duty, contribution, unjust enrichment, insider trading, and waste of corporate assets against the Individual Defendants, captioned *Tomasso v. Romano, et al.*, 5:24-cv-01362-EKL (the "*Tomasso* Action" and together with the *Yates*, *Roy*, and *Tonneyck* Actions, the "Related Derivative Actions");

WHEREAS, on June 12, 2024, the Court deemed the *Yates*, *Roy*, *Tonneyck*, and *Tomasso* Actions to be related.

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Bragar Eagel & Squire, P.C., the resume of which is attached hereto as Exhibit A, and Gainey McKenna & Egleston, the resume of which is attached hereto as Exhibit B, shall be designated as Co-Lead Counsel for plaintiffs in the consolidated derivative action; and

WHEREAS, the Defendants take no position regarding appointment of Co-Lead Counsel for Plaintiffs, and by consenting to consolidation do not waive their rights to challenge the complaint on all available grounds including on jurisdiction and venue, at the appropriate time.

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to consolidate the Related Derivative Actions and appoint Co-Lead Counsel for Plaintiffs pursuant to the following terms:

1. The Stipulation and [Proposed] Order Consolidating Related Shareholder Derivative Actions and Appointing Co-Lead Counsel For Plaintiffs filed on April 10, 2024 as ECF No. 39 in the *Yates* Action is hereby withdrawn.

2. To the extent they have not already been served, Defendants accept service of the complaints in the Related Derivative Actions.

3. The Parties shall have 60 days upon acceptance of this Order to submit a proposed schedule, and Defendants are not required to respond to the complaints until the date set by the Court in ruling on the proposed schedule. All deadlines, hearings, or conferences currently scheduled shall be postponed until the date and time that will be specified in any proposed schedule governing further proceedings to be submitted by the Parties as set forth in this paragraph, or as otherwise set by the Court.

4. The Related Derivative Actions are hereby consolidated for all purposes, including pretrial proceedings and trial, under Case No. 5:24-cv-00149-EKL (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Yates v. Romano, et al.* | 5:24-cv-00149-EKL | January 8, 2024 |

| | | |
|---|---|---|
| *Roy v. Romano, et al.* | 5:24-cv-01281-EKL | March 1, 2024 |
| *Tonneyck, et al. v. Bowman, et al.* | 5:24-cv-02619-EKL | May 2, 2024 |
| *Tomasso v. Romano, et al.* | 5:24-cv-03162-EKL | May 24, 2024 |

5. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CHARGEPOINT HOLDINGS, INC. DERIVATIVE LITIGATION | C.A. No. 5:24-cv-00149-EKL<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | |

6. All papers filed in connection with the Consolidated Action will be maintained in one file under C.A. No. 5:24-cv-00149-EKL.

7. Co-Lead Counsel for Plaintiffs in this Consolidated Action shall be:

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
501 Fifth Avenue, 19th Fl.
New York, New York 10017
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: gegleston@gme-aw.com

8. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

10. Counsel for all of the Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re ChargePoint Holdings, Inc. Derivative Litigation*, C.A. No. 5:24-cv-00149-EKL, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re ChargePoint Holdings, Inc. Derivative Litigation*, C.A. No. 5:24-cv-00149-EKL, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving ChargePoint filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

///

///

///

///

12. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

Dated: September 9, 2024

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
passmore@bespc.com

*Counsel for Plaintiffs Tonneyck, Hann, and Hinton and [Proposed] Co- Lead Counsel*

Dated: September 9, 2024

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ *Betsy C. Manifold*
Betsy C. Manifold (182450)
Alex J. Tramontano (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
tramontano@whafh.com

*Counsel for Plaintiff Yates*

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-aw.com

*Counsel for Plaintiff Yates and [Proposed] Co-Lead Counsel*

Dated: September 9, 2024

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel For Plaintiff Tomasso*

Dated: September 9, 2024

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
eitank@bgandg.com

*Counsel for Plaintiff Roy*

Dated: September 9, 2024

**SIDLEY AUSTIN LLP**

*/s/ Jaime Allyson Bartlett*
Jaime Allyson Bartlett

Sara B. Brody
Chaddy Georges
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
(415) 772-7438
(415) 772-1228
Facsimile: (415) 772-7400
sbrody@sidley.com
cgeorges@sidley.com
jbartlett@sidley.com

*Counsel for Nominal Defendant ChargePoint Holdings, Inc. and Defendants Pasquale Romano, Rex S. Jackson, Rick Wilmer, Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Mark Leschly, Michael Linse, Ekta Singh-Bushell, and G. Richard Wagoner, Jr.*

* * *

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 23, 2024

Honorable Eumi K. Lee