UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHARGEPOINT HOLDINGS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>  ALL ACTIONS | Case No.  24-cv-00149-EKL<br><br>(Consolidated)<br><br>**ORDER TO SHOW CAUSE AS TO WHY THE CASE SHOULD NOT BE STAYED** |

Having reviewed the Parties' Joint Case Management statement filed on September 16, 2024, ECF No. 51, it appears a stay in this action may be appropriate.  This case raises similar allegations to the securities class action that is before this Court in *Khan v. ChargePoint Holdings, Inc.*, 23-cv-06172-EKL.  "Courts generally stay a shareholder derivative suit until the culmination of a securities class action when the cases arise from the same factual allegations and the evidence in the former could jeopardize the company's defense in the latter." *In re STEC, Inc. Derivative Litig.*, No. CV 10-00667-JVS (MLGx), 2012 WL 8978155, at *4 (C.D. Cal. Jan. 11, 2012); *see also, e.g.*, *In re RH S'holder Derivative Litig.*, No. 18-cv-02452-YGR, 2019 WL 580668, at *3–5 (N.D. Cal. Jan. 23, 2019).

//

//

1  The Parties shall meet and confer to discuss whether a stipulated stay may be entered in this
2  case. No later than November 1, 2024, the Parties shall file either a stipulation and proposed order
3  staying this case or a joint written response showing cause as to why this case should not be stayed.
4  Unless otherwise ordered, the matter will be taken under submission without oral argument. The
5  Court sets a status conference on February 12, 2025, at 1:30 p.m. via Zoom. This hearing will be
6  vacated if this action is stayed.

7  **IT IS SO ORDERED.**

8  Dated:  October 1, 2024

Eumi K. Lee
United States District Judge