Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy G. Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
101 California Street
Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Nominal Defendant ChargePoint Holdings, Inc. and the Individual Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE CHARGEPOINT HOLDINGS, INC. DERIVATIVE LITIGATION, | Case No. 5:24-cv-00149-NW<br><br>(Consolidated)<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEFENDANTS' DEADLINE UNDER CIVIL LOCAL RULE 79-5(F)(3) TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Assigned to: Hon. Noël Wise |
| This Document Relates to:<br>ALL ACTIONS | |

**WHEREAS**, Plaintiffs Joseph Fernicola ("Fernicola"), Anand Roy ("Roy"), Reony Tonneyck ("Tonneyck"), Robert Hann ("Hann"), Ronald Hinton ("Hinton"), and Jacopo Tomasso ("Tomasso" and together with Fernicola, Roy, Tonneyck, Hann, and Hinton, "Plaintiffs"); Pasquale Romano ("Romano"), Rex S. Jackson ("Jackson"), Rick Wilmer, Roxanne Bowman, Elaine L. Chao, Bruce Chizen, Axel Harries, Jeffrey Harris, Susan Heystee, Mark Leschly, Michael Linse, Ekta Singh-Bushell, and G. Richard Wagoner, Jr., (collectively, the "Individual Defendants"), and Nominal Defendant ChargePoint Holdings, Inc. ("ChargePoint" or "the Company" and, together with the Individual Defendants, "Defendants") jointly submit this stipulation to Extend Defendants' Deadline Under Civil Local Rule 79-5(f)(3) ("Stipulation"), and in support thereof state as follows:

**WHEREAS**, on November 13, 2026, Plaintiffs filed the Verified Consolidated Shareholder Derivative Complaint (ECF No. 75), which quotes and cites to ChargePoint's confidential information, and an accompanying Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 74) (the "Motion"), which identifies Defendants as the "Designating Parties" of such confidential information;

**WHEREAS**, Civil Local Rule 79-5(f)(3) requires the Designating Party to file a statement and/or declaration within seven days of the motion's filing, which makes Defendants' statement and/or declaration due November 20, 2026;

**WHEREAS**, Defendants have prepared a statement in support of sealing and a supporting declaration of a Company officer, but on November 19, 2026, the declarant unexpectedly became unavailable to review and execute the declaration before November 20, 2026;

**WHEREAS**, because the declarant's unavailability arose on November 19, 2026, Defendants could not make this request three business days before the deadline, as Section R of the Court's Civil Standing Order provides;

**WHEREAS**, the Parties agree that good cause exists to extend Defendants' deadline by three business days, to Wednesday, November 25, 2026;

**WHEREAS**, the extension would move the deadline for any response to Defendants' statement under Civil Local Rule 79-5(f)(4) from November 24, 2026, to November 30, 2026, but

would not affect any other deadline in this action; and

**WHEREAS**, the accompanying Declaration of Jaime A. Bartlett sets forth the reasons for the extension and all previous time modifications in this action, as Civil Local Rule 6-2(a) requires.

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their counsel, and subject to the approval of the Court, that:

1. Defendants' deadline to file a statement and/or declaration under Civil Local Rule 79-5(f)(3) in response to the Motion is extended to Wednesday, November 25, 2026.

2. The unredacted Verified Consolidated Shareholder Derivative Complaint lodged at ECF No. 74-3 shall remain provisionally under seal pending the Court's ruling on the Motion.

**IT IS SO STIPULATED.**

Date: November 20, 2026

Respectfully submitted,

By: */s/ Melissa A. Fortunato*

BRAGAR EAGEL & SQUIRE, P.C.
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 341-9980
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
passmore@bespc.com

*Co-Lead Counsel for Plaintiffs*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
BETSY C. MANIFOLD (SBN 182450)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com

*Counsel for Plaintiff Fernicola*

GAINEY McKENNA & EGLESTON
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Tomasso*

THE BROWN LAW FIRM, P.C.
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
RMoest@gmail.com

Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com
eitank@bgandg.com

*Counsel for Plaintiff Roy*

Date: November 20, 2026

Respectfully submitted,

By: */s/ Jaime A. Bartlett*

Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Chaddy G. Georges (SBN 335546)
cgeorges@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Nominal Defendant ChargePoint Holdings, Inc. and the Individual Defendants*

## LOCAL RULE 5-1 ATTESTATION

I, Jaime A. Bartlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in the filing of this document.

Date: November 20, 2026

Respectfully submitted,
By: */s/ Jaime A. Bartlett*
Jaime A. Bartlett

**~~[PROPOSED]~~ ORDER**

Having reviewed the Parties' Stipulation and the Declaration of Jaime A. Bartlett, and good cause appearing therefore**, IT IS HEREBY ORDERED:**

1. Defendants' deadline to file a statement and/or declaration under Civil Local Rule 79-5(f)(3) in response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 74) is extended to Wednesday, November 25, 2026.

2. The unredacted Verified Consolidated Shareholder Derivative Complaint lodged at ECF No. 74-3 shall remain provisionally under seal pending the Court's ruling on ECF No. 74.

Dated: November 23, 2026

Hon. Noel Wise
United States District Judge